In the Matter of Charles H. Perry, Appellant, v. Sharon J. Mauhs, as Conservation Commissioner of the State of New York, Respondent.—

Present — Bergan, P. J., Gibson, Herlihy, Reynolds and Taylor, JJ.